**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BRIAN C. VANDERHOOF, SB# 248511
  E-Mail: Brian.Vanderhoof@lewisbrisbois.com
OLIVER R. SMITH, SB# 347212
  E-Mail: Oliver.Smith@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant FORD MOTOR COMPANY

**PROVERBS 31:8 LAW, PC**
DAVID D. LEE, SB# 318212
  E-Mail: dlee@proverbs318law.com
6940 Beach Blvd. Suite D606
Buena Park, CA 90621
Telephone: (213) 210-3651

Attorney for Plaintiff KUMDAN CHA

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KUMDAN CHA, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 8:23-cv-02055 FMO (DFMx)<br><br>**ORDER ON STIPULATION [18] RE: DISMISSAL WITH PREJUDICE**<br><br>*Judge:  Cormac J. Carney*<br>*Magistrate Judge: Douglas F. McCormick*<br><br>Trial Date:     None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all matters in controversy in the above-captioned case having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, Plaintiff KUMDAN CHA ("Plaintiff"), by his attorney, David D. Lee, and Defendant FORD MOTOR COMPANY ("Defendant"), by its attorneys of record, hereby stipulate and agree to the dismissal of Plaintiff's Complaint and the above-captioned lawsuit, with

prejudice, including all claims brought by Plaintiff in the lawsuit, with each party to bear its own attorney's fees and costs.

DATED: July 11, 2024        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  */s/ Brian C. Vanderhoof*
        BRIAN C. VANDERHOOF
        OLIVER R. SMITH
        Attorneys for Defendant FORD MOTOR COMPANY

DATED: July 11, 2024        PROVERBS 31:8 LAW, PC

By:  */s/ David D. Lee*
        DAVID D. LEE
        Attorney for Plaintiff KUMDAN CHA

<u>**ORDER**</u>

Pursuant to the parties' stipulation and for good cause shown, this matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED

Dated: July 11, 2024

                                                                                                           _____/s/_____

                                                                                                           Fernando M. Olguin
                                                                                                           UNITED STATES DISTRICT JUDGE